FILED  
United States Court of Appeals  
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

October 15, 2025

Christopher M. Wolpert  
Clerk of Court

───────────────────────────────

JEANETTE VIZGUERRA-RAMIREZ,

    Petitioner,

v.

PAMELA J. BONDI, United States Attorney General,

    Respondent.

No. 25-9559  
(Petition for Review)

───────────────────────────────

**ORDER**

───────────────────────────────

    This matter is before the court on Respondent's *Motion for a Stay of the Briefing Schedule in Light of the Lapse of Appropriations*. Respondent asks that, in light of the government shutdown, this matter be stayed until the end of the lapse in appropriations. Upon consideration, the stay is denied without prejudice. However, the request for additional time is granted. The deadline to file Respondent's brief is extended to December 15, 2025. No further extensions will be granted on the Clerk's authority.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk