FILED  
United States Court of Appeals  
Tenth Circuit

December 10, 2025

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

---

JEANETTE VIZGUERRA-RAMIREZ,

    Petitioner,

v.

PAMELA J. BONDI, United States Attorney General,

    Respondent.

No. 25-9559  
(Petition for Review)

---

**ORDER**

---

Before **MATHESON** and **BACHARACH**, Circuit Judges.

---

This matter is before the court on respondent's motion for extension of time to file the response brief in this appeal. The motion is granted. The response brief shall be filed and served on or before January 14, 2026.

                              Entered for the Court,

                              Per Curiam